**REDACTED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ORDER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**Mitchell Adam Chirchick**<br><br>Defendant. | Docket No. 0:00CR00167-001(JRT)(FLN) |

UPON REPORT AND RECOMMENDATION BY United States Probation Officer Richard W. Hermes, Minneapolis, Minnesota:

IT IS HEREBY ORDERED That the defendant be permitted to reside with his wife [redacted]

Signed and executed this 25th day of May, 2007.

Honorable Franklin L. Noel
U.S. Magistrate Judge

SCANNED
MAY 25 2007
U.S. DISTRICT COURT MPLS