UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-167(JRT)
CRIMINAL NO. 01-268(JRT)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| MITCHELL ADAM CHIRCHICK, | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal Nos.

00-167(JRT) and 01-268 (JRT)

Defendant Name

Mitchell Adam Chirchick

Remove AUSA

Jeffrey S. Paulsen

Add AUSA

Kimberly Svendsen

Dated: November 26, 2007

RACHEL K. PAULOSE
United States Attorney

*s/Jeffrey S. Paulsen*

BY: Jeffrey S. Paulsen
Assistant U.S. Attorney
Attorney ID No. 144332