A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
NOV 21 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

V.

Mitchell Adam Chirchick

## WARRANT FOR ARREST

0841-1113-0893-D

CASE NUMBER: **CR 00-167 JRT - CR01-268 JRT**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Mitchell Adam Chirchick

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: John R. Tunheim, United States District Court Judge.

Kim Krulas

(By) Kim Krulas, Deputy Clerk

November 13, 2007 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: __________ Date of Arrest: __________

__________ __________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 11-11-2007
ARRESTED BY USMS - Las Vegas
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. [signature]

SCANNED
NOV 28 2007
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 5/17/07