UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE U. S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

LANCE S. WILSON
CLERK OF COURT

CYNTHIA J. JENSEN
CHIEF DEPUTY, LAS VEGAS

JAKE HERB
CHIEF DEPUTY, RENO

RECEIVED
DEC 10 2007
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

CR 00-167(1) JRT/FLN
CR 01-268(1) JRT

November 26, 2007

Clerk, U. S. District Court
District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

RE: USA v. Mitchell A. Chirchick

Your Case No: CR00167-JRT/FLN 03cr268-JRT
Our Case No: 2:07-MJ-00095-GWF

Dear Clerk:

Enclosed please find certification of the complete file as of November 26, 2007, in the above referenced case.

Please acknowledge receipt of the above documents by signing the enclosed copy of this letter and returning it to this court.

Thank you.

LANCE S. WILSON, Clerk
United States District Court

/s/ Karen Richardson
Magistrate Support Clerk

Enclosures

**Receipt of certified copies in the above referenced case is hereby acknowledged this ___ day of _________, 2007.**

**By:**_______________________

SCANNED
DEC 11 2007
U.S. DISTRICT COURT ST. PAUL

UNITED STATES OF AMERICA
DISTRICT OF NEVADA, LAS VEGAS

**CERTIFICATE OF THE CLERK**

I, Lance S. Wilson, Clerk of the United States District Court for the District of Nevada, do hereby certify that the accompanying documents listed in the attached docket sheet are original documents, or are true and correct copies of the original documents, filed in this Court and are the documents from which the docket entries have been made, and that they constitute the entire record herein:

Case Number: 2:07-mj-95-GWF

In witness whereof, I have hereunto set my hand and affixed the Seal of said District Court this 26th day of November, 2007.

LANCE S. WILSON,

CLERK OF THE COURT

By: [signature]
Karen Richardson, Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

AO 470 (8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

V.

MITCHELL A. CHIRCHICK,
*Defendant*

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 2:07-mj-95-GWF

Upon motion of the Defendant, it is ORDERED that a detention hearing is set for Wednesday, November 14, 2007 (*Date*) * at 3:00 p.m. (*Time*)

before THE HONORABLE UNITED STATES MAGISTRATE JUDGE LAWRENCE R. LEAVITT
*Name of Judicial Officer*

Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd., South, Courtroom 3C
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal (______________________________) and produced for the hearing.
*Other Custodial Official*

Date: November 13, 2007

[signature]
*Judicial Officer*

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C.§3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

v.

MITCHEL ADAM CHIRCHICK
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: ~~MJS~~ 2:07-mj-95-GWF

CHARGING DISTRICTS CASE NUMBER: 0:00CR00167-001 (JRT)
0:01CR00268-001 (JRT)

I understand that charges are pending in the ______ District of Minnesota

alleging violation of Supervised Release: 18 USC 3583(e) (Title and Section) and that I have been arrested in this district and

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) **retain counsel or request the assignment of counsel if I am unable to retain counsel;**

(2) **an identity hearing to determine whether I am the person named in the charges;**

(3) **a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and**

(4) **Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.**

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) **identity hearing**

( ) **preliminary hearing**

(X) **identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.**

[signature] MITCHEL ADAM CHIRCHICK
*Defendant*

Nov. 13, 2007
*Date*

[signature] JASON F. CARR
*Defense Counsel*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs **MITCHELL A. CHIRCHICK,** Defendant. | **2:07-mj-95-GWF** **ORDER APPOINTING COUNSEL AND DIRECTING THE MARSHAL TO SERVE SUBPOENAS AT GOVERNMENT EXPENSE** |

The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent, therefore;

IT IS ORDERED that the Federal Public Defender for the District of Nevada is hereby appointed to represent Defendant, **MITCHELL A. CHIRCHICK**.

IT IS FURTHER ORDERED that the Clerk issue subpoenas upon oral request and submission of prepared subpoenas by the attorneys of the office of the Federal Public Defendant, unless said subpoenas are to be served outside the State of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of

Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

IT IS FURTHER ORDERED that if counsel for the individual desires subpoenas to be served outside the State of Nevada, further application pursuant to Federal Rules of Criminal Procedure 17(b) shall be made to the Court, before the issuance of said subpoenas.

DATED this 13th day of NOVEMBER, 2007.

UNITED STATES MAGITRATE JUDGE

AO 470 (8/85) Order of Temporary Detention

# *UNITED STATES DISTRICT COURT*

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA

V.

MITCHELL A. CHIRCHICK,
*Defendant*

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 2:07-mj-95-GWF

Upon motion of the Government, it is ORDERED that a detention hearing is set for Friday, November 16, 2007 (*Date*) * at 3:00 p.m. (*Time*) before THE HONORABLE UNITED STATES MAGISTRATE JUDGE LAWRENCE R. LEAVITT (*Name of Judicial Officer*)

Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd., South, Courtroom 3C
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal (______ ______ *Other Custodial Official*) and produced for the hearing.

Date: November 14, 2007

[signature]
*Judicial Officer*

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C.§3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEVADA*

UNITED STATES OF AMERICA

v.

**ORDER OF DETENTION PENDING SUPERVISED RELEASE REVOCATION HEARING**

MITCHELL A. CHIRCHICK
*Defendant*

Case Number: 2:07-mj-95-GWF

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

**Part I - Findings of Fact**

____ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a (federal offense)(state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is

____ a crime of violence as defined in 18 U.S.C.§3156(a)(4).
____ an offense for which the maximum sentence is life imprisonment or death.
____ an offense for which a miximum term of imprisonment of ten years or more is prescribed in ________________________*
____ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C.§3142(f)(1)(A)-(C), or comparable state or local offenses.

____ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
____ (3) A period of not more than five years has elapsed since the (date of conviction)(release of the defendant from imprisonment) for the offense described in finding (1)
____ (4) Finding Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

**Alternative Findings(A)**

____ (1) There is probable cause to believe that the defendant has committed an offense
____ for which a maximum term of imprisonment of ten years is described in ________________________.
____ under 18 U.S.C.§924(c).
____ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

**Alternative Findings (B)**

X (1) There is a serious risk that the defendant will not appear.
X (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The defendant is alleged to have participated in a similar scam in connection with the Boys and Girls Club in Antelope Valley, California, in the course of which the defendant used a different name, viz., Mitchell Chubbs. The preliminary evidence in support of the allegations appears convincing. This scam allegedly occurred while the defendant was not only on supervised release in this case, but also on pretrial release in a state fraud case involving a similar scam. According to the information included in the package that was provided by the government, the defendant was raising lots of hopes in the minds of lots of people who were getting ready to go off and have some wonderful times in Hawaii and elsewhere.

**Part II - Written Statement of Reasons for Detention**

I find that the credible testimony and information submitted at the hearing fails to establish by clear and convincing evidence that the defendant is not a risk of flight nor an economic danger to the community.

**Part III - Directions Regarding Detention**

The defendant is committed to the custody of the U. S. Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.

Dated: November 20, 2007

[signature]
*Signature of Judicial Officer*

LAWRENCE R. LEAVITT, United States Magistrate Judge
*Name and Title of Judicial Officer*

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*): (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*): or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955 a).

Det-ord2.wpd

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of NEVADA

UNITED STATES OF AMERICA
V.
MITCHELL A. CHIRCHICK

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 0:00CR00167-001(JRT);<br>0:01CR00268-001(JRT) | 2:07-mj-00095-GWF | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment ☐ Information ☐ Complaint X Other (specify) Supervised Release Violation(s)

**charging a violation of** f **U.S.C. §**

**DISTRICT OF OFFENSE**
District of Minnesota

**DESCRIPTION OF CHARGES:**

Violation of Supervised Release

**CURRENT BOND STATUS:**

☐ Bail fixed at and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel X Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** X No ☐ Yes Language:

**DISTRICT OF** NEVADA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

November 26, 2007
Date

[signature]
Judge

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

CLOSED

**United States District Court**
**District of Nevada (Las Vegas)**
**CRIMINAL DOCKET FOR CASE #: 2:07-mj-00095-GWF-GWF All Defendants**
**Internal Use Only**

Case title: USA v. Chirchick
Other court case number: CR00167 JRT/FLN 03cr268 JRT District of Minnesota

Date Filed: 02/14/2007
Date Terminated: 02/14/2007

---

Assigned to: Magistrate Judge George W Foley, Jr
Referred to: Magistrate Judge George W Foley, Jr

**Defendant**

**Mitchell A. Chirchick** (1)
*TERMINATED: 02/14/2007*

represented by **David S. Anthony**
Federal Public Defender
411 E Bonneville
Suite 250
Las Vegas, NV 89101-
Email: ECF_Vegas@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: FPD*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA**

represented by **Crane M Pomerantz**
U.S. Attorney's Office
333 Las Vegas Blvd So
Suite 5000
Las Vegas, NV 89101-
Email: crane.pomerantz@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Bliss**
U.S. Attorney's Office
333 Las Vegas Blvd So
Suite 5000
Las Vegas, NV 89101-
Email: kathleen.bliss@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2007 | 1 | MINUTES OF PROCEEDINGS - Initial Appearance in Rule 5(c)(3) Proceeding as to Mitchell A. Chirchick held on 2/14/2007 before Judge George W Foley Jr.. Crtrm Administrator: *Alana Kamaka*; AUSA: *Crane Pomerantz*; Def Counsel: *David Anthony, AFPD*; PTS: *Sandra Bustos*; Court Reporter/FTR #: *4:05-4:19*; Time of Hearing: *3:00 p.m.*; Defendant is present, in custody. Financial Affidavit filed. The Federal Public Defenders Office, David S. Anthony, for Mitchell A. Chirchick, appointed as defense counsel. Waiver of Identity Hearing and Preliminary Hearing filed. ORDERED defendant identified as named defendant in petition and is held to answer in the District of Minnesota at Minneapolis. **Court GRANTS defense counsel's request for continuance so that Pretrial Services may interview the defendant. ORDER Defendant is TEMPORARILY DETAINED and remanded to custody of the U.S. Marshal.** (Temporary Detention Order filed separately.) Detention Hearing set for Thursday, 3/15/2007 03:00 PM in LV Courtroom 3A before Magistrate Judge George W Foley Jr.**(no image attached)** (AKK ) (Entered: 02/14/2007) |
| 02/14/2007 | 3 | Documents Received as to Mitchell A. Chirchick. Documents received from District of Minnesota include Arrest warrant & Order for warrant. (KCR) (Entered: 02/16/2007) |
| 02/14/2007 | | (Court only) **NON-PUBLIC** Terminated defendant Mitchell A. Chirchick, pending deadlines, and motions. (LMC) (Entered: 03/08/2007) |
| 02/15/2007 | 2 | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT as to Mitchell A. Chirchick. Defendant shall be detained pending trial. Detention Hearing set for |

| | | |
|---|---|---|
| | | 2/15/2007 03:00 PM in LV Courtroom 3A before Magistrate Judge George W Foley Jr.. Signed by Judge George W Foley Jr. on 2/14/07. (MMM) (Entered: 02/15/2007) |
| 02/15/2007 | 4 | MINUTES OF PROCEEDINGS - Detention Hearing as to Mitchell A. Chirchick held on 2/15/2007 before Judge George W Foley Jr.. Crtrm Administrator: *Kris Schulke*; AUSA: *Crane Pomerantz*; Def Counsel: *David Anthony*; PTS: *Evelia Rivera*; Court Reporter/FTR #: *3:26:37-3:44:23*; Time of Hearing: *3:00 pm*; Defendant is present and in custody. Leo Sanchez, U.S. Probation Officer is present also. The Government moved for detention. Argument by counsel is heard. The Court canvassed Defendant's grandparents, Philip and Helen Rosenberg, 3d party custodians. For the reasons stated, IT IS ORDERED Defendant is released on PR Bond with the sane conditions previously imposed in his supervised release and the 2 new special conditions that the grandpartents, Philip and Helen Rosenberg will serve as 3d party custodians and that the Defendant shall report daily to the US Probation Officer and appear as directed in the District of Minnesota. A PR Bond is signed in open court and is filed separately. IT IS FURTHER ORDERED that the AUSA will obtain an appearance date in the District of Minnesota and advise defense counsel and probation. Defendant is released. **(no image attached)** (KLS, ) (Entered: 02/20/2007) |
| 03/07/2007 | 5 | Rule 5(c)(3) Documents Received as to Mitchell A. Chirchick. Documents received from Minnesota include Warrant & Petition. (LMC) (Entered: 03/08/2007) |
| 03/07/2007 | 6 | *SEALED* **SEALED** PR BOND Entered as to Mitchell Chirchick (LMC) (Entered: 03/08/2007) |
| 03/07/2007 | 7 | *SEALED* (Court only) **NON-PUBLIC** **SEALED** FINANCIAL AFFIDAVIT by Mitchell A. Chirchick (LMC) (Entered: 03/08/2007) |
| 03/08/2007 | 8 | TRANSMITTAL of Rule 5(c) documents (attached) to the District of Minnesota as to Mitchell Chirchick. (LMC) (Entered: 03/08/2007) |
| 03/15/2007 | 9 | TRANSMITTAL RETURN from District of Minnesota acknowledging receipt of certified copies of all documents and docket sheet as of 3/1/07. (MMM) (Entered: 03/16/2007) |
| 11/13/2007 | 10 | MINUTES OF PROCEEDINGS - Initial Appearance in Rule 5(c)(3) Proceeding as to Mitchell A. Chirchick held on 11/13/2007 before Judge Lawrence R. Leavitt. Crtrm Administrator: *Alana Kamaka*; AUSA: *Greg Damm*; Def Counsel: *Jason Carr, AFPD*; PTS: *Erin Oliver*; Court Reporter/FTR #: *3:39-3:47*; Time of Hearing: *3:00 p.m.*; Courtroom: *3C*; Defendant is present, in custody. Financial Affidavit filed. The Federal Public Defenders Office is appointed as defense counsel.<br>Waiver of Identity Hearing filed. ORDERED defendant identified as named defendant in indictment/complaint and is held to answer in the Minnesota.<br>Government moves for detention. Court grants defense counsel's request for one-day continuance. Pretrial Services Agency to interview |

| | | |
|---|---|---|
| | | defendant.<br>Defendant is TEMPORARILY DETAINED and remanded to custody.<br>Rule 5 deadline set for 11/28/2007.<br>Detention Hearing set for Wednesday, 11/14/2007 03:00 PM in LV Courtroom 3C before Magistrate Judge Lawrence R. Leavitt.<br>**(no image attached)** (Copies have been distributed pursuant to the NEF - AKK) (Entered: 11/13/2007) |
| 11/13/2007 | 11 | ORDER OF TEMPORARY DETENTION in case as to Mitchell A. Chirchick. Defendant shall be detained pending Detention Hearing. Detention Hearing set for 11/14/2007 03:00 PM in LV Courtroom 3C before Magistrate Judge Lawrence R. Leavitt. Signed by Judge Lawrence R. Leavitt on 11/13/07. (Copies have been distributed pursuant to the NEF - KCR) (Entered: 11/14/2007) |
| 11/13/2007 | 12 | WAIVER of Rule 5(c)(3) Hearings by Mitchell A. Chirchick (KCR) (Entered: 11/14/2007) |
| 11/13/2007 | 13 | *SEALED* **SEALED** FINANCIAL AFFIDAVIT by Mitchell A. Chirchick (KCR) (Entered: 11/14/2007) Sent to financial Dept. |
| 11/13/2007 | 14 | ORDER APPOINTING COUNSEL as to Mitchell A. Chirchick. FPD appointed as counsel for Defendant, subpoenas issued upon request with exception to out of state subpoenas which will require court approval. Signed by Judge George W Foley Jr. on 11/13/07. (Copies have been distributed pursuant to the NEF - KCR) (Entered: 11/14/2007) |
| 11/13/2007 | 15 | Rule 5(c)(3) Documents Received as to Mitchell A. Chirchick. Documents received from District of Minnesota include Arrest warrant & Order for warrant. (KCR) (Entered: 11/14/2007) |
| 11/14/2007 | 16 | MINUTES OF PROCEEDINGS - Detention Hearing as to Mitchell A. Chirchick held on 11/14/2007 before Judge Lawrence R. Leavitt. Crtrm Administrator: *Alana Kamaka*; AUSA: *Kathleen Bliss*; Def Counsel: *Jason Carr, AFPD*; USPO: *Leo Sanchez-Hernandez*; PTS: *Erin Oliver*; Court Reporter/FTR #: *3:22-3:55*; Time of Hearing: *3:00 p.m.*; Courtroom: *3C*;<br>Defendant is present, in custody.<br>Government renews its motion for detention. Defense argues.<br>Court grants government more time to research and clarify new recent charges made against the defendant in State Court and allegations of pending new charges in California. The Court would appreciate the government's findings in writing, if possible. Copy of same shall be provided to the Court and Mr. Carr as soon as possible.<br>Defendant is **TEMPORARILY DETAINED and is remanded to custody.**<br>**Further Detention Hearing set for** Friday, 11/16/2007 03:00 PM in LV Courtroom 3C before Magistrate Judge Lawrence R. Leavitt.**(no image attached)** (Copies have been distributed pursuant to the NEF - AKK) (Entered: 11/14/2007) |
| 11/14/2007 | 17 | ORDER OF TEMPORARY DETENTION as to Mitchell A. Chirchick. |

| | | |
|---|---|---|
| | | Defendant shall be detained pending Detention Hearing. Detention Hearing set for 11/16/2007 03:00 PM in LV Courtroom 3C before Magistrate Judge Lawrence R. Leavitt. Signed by Judge George W Foley Jr. on 11/14/07. (Copies have been distributed pursuant to the NEF - KCR) (Entered: 11/15/2007) |
| 11/14/2007 | 18 | **ADDENDUM** MINUTES OF PROCEEDINGS - Detention Hearing as to Mitchell A. Chirchick held on 11/14/2007 before Judge Lawrence R. Leavitt. Crtrm Administrator: *Alana Kamaka*; AUSA: *Kathleen Bliss*; Def Counsel: *Jason Carr, AFPD*; USPO: *Leo Sanchez-Hernandez*; PTS: *Erin Oliver*; Court Reporter/FTR #: *3:22-3:55*; Time of Hearing: *3:00 p.m.*; Courtroom: *3C*;<br>The Court is in receipt of three letters from Donetta Chubbs, Mr. and Mrs. Philip Rosenberg and Susan and Alvernon Simon in support of the defendant. Mr. Carr asks that these letters be made a part of the record.<br>**(no image attached)** (Copies have been distributed pursuant to the NEF - AKK) (Entered: 11/15/2007) |
| 11/16/2007 | 19 | MINUTES OF PROCEEDINGS - Further Detention Hearing as to Mitchell A. Chirchick held on 11/16/2007 before Judge Lawrence R. Leavitt. Crtrm Administrator: *Alana Kamaka*; AUSA: *Kathleen Bliss*; Def Counsel: *Jason Carr, AFPD*; Court Reporter/FTR #: *3:25-3:41:08*; Time of Hearing: *3:00 p.m.*; Courtroom: *3C*;<br>Defendant is present, in custody. Employees from the Nevada Attorney General's Office are present: Robert Giunta, Deputy Attorney General; Eric Witkoski, Nevada Consumer Protection; Isabelle Camp and Shelly Neiman, Investigators for the Attorney General's Office.<br>Ms. Bliss discloses that her step-son operates a Boys and Girls Club in Arizona. The Court and Mr. Carr had no objection regarding same.<br>Court is in receipt of a packet of information from Ms. Bliss.<br>After hearing representations of counsel, the Court **ORDERS** defendant **DETAINED** and remanded to custody.<br>**(no image attached)** (Copies have been distributed pursuant to the NEF - AKK) (Entered: 11/19/2007) |
| 11/20/2007 | 20 | ORDER OF DETENTION as to Mitchell A. Chirchick. Defendant shall be detained pending supervised release revocation hearing. Signed by Judge Lawrence R. Leavitt on 11/20/07. (Copies have been distributed pursuant to the NEF - KCR) (Entered: 11/21/2007) |
| 11/26/2007 | 21 | TRANSMITTAL of Rule 5c documents to District of Minnesota, in case as to Mitchell A. Chirchick (KCR) (Entered: 11/26/2007) |
| 11/26/2007 | 22 | COMMITMENT TO ANOTHER DISTRICT as to Mitchell A. Chirchick. Defendant committed to District of Minnesota. Signed by Judge Lawrence R. Leavitt on 11/26/07. (Copies have been distributed pursuant to the NEF - KCR) (Entered: 11/27/2007) |
| 11/26/2007 | 23 | *SEALED* **SEALED** THREE LETTERS from Donetta Chubbs, Mr & Mrs Philip Rosenberg, and Susan & Alvernon Simon in support of Mitchell Chirchick (KCR) (Entered: 11/29/2007) lodged in sealed file |

CM/ECF - nvd - District Version 3.1 - Docket Report Page 6 of 6