# United States District Court
## District of Minnesota

UNITED STATES OF AMERICA
v.
**Mitchell A. Chirchick**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **00-167 (JRT/FLN)**
USM Number: **09471-041**
Social Security Number: **1716**
Date of Birth: **1968**

**Bruce M. Rivers**
Defendant's Attorney

**THE DEFENDANT:**

[**x**] admitted guilt to violations of the conditions of the terms of supervision.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #2 | The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month. | 12/31/06 |
| Standard Condition #3 and Mandatory Condition | The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. | 03/23/06 |
| Special Condition #3 | The defendant shall not hold employment with fiduciary responsibilities without prior approval from the probation officer. | 02/08/07 |
| Mandatory Condition | If the judgment imposed a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with any Schedule of Payments set forth in the Criminal Monetary Penalties sheet of the judgment. In any case, the defendant should cooperate with the probation officer in meeting any financial obligations. | on-going |
| Mandatory Condition | The defendant shall notify the probation officer of any change in residence/ employment. | 02/16/07 |
| Mandatory Condition | The defendant shall not commit another federal, state or local crime. | 11/09/07 |
| Mandatory Condition | The defendant shall not leave the judicial district without permission of the court or probation officer. | 11/09/07 |

DEFENDANT: MITCHELL A. CHIRCHICK
CASE NUMBER: 00-167 (JRT/FLN)

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**February 14, 2008**
Date of Imposition of Judgment

s/John R. Tunheim
Signature of Judge

**JOHN R. TUNHEIM**, United States District Judge
Name & Title of Judge

February 15, 2008
Date

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: MITCHELL A. CHIRCHICK
CASE NUMBER: 00-167 (JRT/FLN)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **two years to run concurrently with Criminal Case No. 01-268 (JRT) with no term of supervision to follow.**

[x] The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends that the defendant be designated to a facility as close to Nevada as possible.**

[x] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

___

___

___

Defendant delivered on ________________ to ________________________

at ____________________ , with a certified copy of this judgment.

______________________
United States Marshal

By ______________________
Deputy United States Marshal